**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,

                Plaintiff,

         v.

ELLIOT NICADIMAS NEESE,        Case No. 3:21-cr-00113-SLG-MMS

                Defendant.

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 3. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Felony Information, Possession of a Controlled Substance with the Intent to Distribute, which is a violation of 21 U.S.C. § 841.[1] Defendant also admitted to Criminal Forfeiture Allegation 1.

Judge Scoble issued a Final Report and Recommendation at Docket 32, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Felony Information and accept Defendant's admission to Criminal

---

[1] Defendant waived indictment at Docket 8.

Forfeiture Allegation 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Felony Information— Possession of a Controlled Substance with the Intent to Distribute—and Defendant is adjudged GUILTY of Count 1.  IT IS FURTHER ORDERED that the Court ACCEPTS Defendant's admission to Criminal Forfeiture Allegation 1.  An Imposition of Sentence hearing is scheduled for August 26, 2022, at 2:00 p.m. in Anchorage Courtroom 2.

DATED this 19th day of July, 2022, at Anchorage, Alaska.

*/s/  Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00113-SLG-MMS, *United States v. Neese*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00113-SLG-MMS   Document 34   Filed 07/19/22   Page 2 of 2